IMPAX LABORATORIES, INC.,
Plaintiff–Appellant,

v.

MEDICIS PHARMACEUTICAL
CORPORATION, Defendant–
Appellee.

No. 2008–1373.

United States Court of Appeals,
Federal Circuit.

Dec. 5, 2008.

Ron E. Shulman, Wilson, Sonsini, Goodrich & Rosati, Palo Alto, CA, Jennifer Koh, Wilson, Sonsini, Goodrich & Rosati, San Diego, CA, for Plaintiff–Appellant.

Matthew D. Powers, Weil, Gotshal & Manges LLP, Redwood Shores, CA, Elizabeth S. Weiswasser, David Greenbaum, Peter Sandel, Jennifer H. Wu, Weil, Gotshal & Manges LLP, New York, NY, for Defendant–Appellee.

### ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b).

Roger J. OWENS, Claimant–Appellant,

v.

James B. PEAKE, M.D., Secretary of
Veterans Affairs, Respondent–
Appellee.

No. 2008–7160.

United States Court of Appeals,
Federal Circuit.

Dec. 9, 2008.

### ORDER

The appellant having failed to file the brief required by Federal Circuit Rule 31(a) within the time permitted by the rules, it is

ORDERED that the notice of appeal be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.